# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LISA BATEY-KOLEGAS, | |
| Plaintiff, | Case No. 1:17-cv-03814 |
| v. | Honorable Judge Joan B. Gottschall |
| ONEMAIN FINANCIAL GROUP, LLC. f/d/b/a SPRINGLEAF FINANCIAL, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, LISA BATEY-KOLEGAS ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, ONEMAIN FINANCIAL GROUP, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: November 6, 2017

Respectfully Submitted,

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188
osulaiman@sulaimanlaw.com